| AO-10 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics |
| Re. 1/2002 | Calendar Year 2003 | in Government Act of 1978 |
| | | (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DUBOIS, JAN E | U.S.D.C., E.D., PA | 7/26/2004 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| JUDGE, U.S.D.C. | ( ) Nomination, Date | 1/1/2003 |
| | ( ) Initial (●) Annual ( ) Final | to 12/31/2003 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 12613 U.S. COURTHOUSE 601 MARKET STREET PHILADELPHIA, PA 19106 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

RECEIVED Aug 2 11 04 AM '04 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE   - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | New York Intellectual Property Law Association | March 27, 2003 - 81st Annual Dinner in Honor of the Federal Judiciary New York City, New York (Hotel and Dinner) |
| 2. | Aspen Institute Seminar | November 14 through 16, 2003 -Wye, Maryland  (mileage, lodging and meals) |

## V. GIFTS.   (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE   - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES.   (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE   - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DUBOIS, JAN E | 7/26/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 2. Pennsylvania Insd. Mun. Inc. Bond Trust   (1) | A | Interest | J | T | | | | | |
| 3. Amer. Tel & Tel Co. | A | Dividend | | | Sell | 10/31 | J | | |
| 4.Verizon Communications   (37) | B | Dividend | K | T | | | | | |
| 5. Bell South Corp. | B | Dividend | L | T | | | | | |
| 10. General Electric Co. | D | Dividend | N | T | | | | | |
| 11. Gillette Co. | C | Dividend | M | T | | | | | |
| 15. Bristol-Myers Squibb Co. | B | Dividend | K | T | | | | | |
| 28. Altoona PA. Area Sch. Dist. Auth. 6.5% 1/1/08 | A | Interest | J | T | | | | | |
| 38. Phila PA Wtr & Waste Wtr 5.78% Due 6/15/23 (33) | A | Interest | | | Redeem | 6/16 | K | A | |
| 44. Luzerne Cnty PA IDA PA G&W 7.125% 12/1/22 | A | Interest | | | Redeem | 02/18 | J | | |
| 47. Royal Dutch Pet. | B | Dividend | K | T | | | | | |
| 48. PENN St. Hghr Ed. 6.05% 1/1/19 | B | Interest | | | Redeem | 07/01 | K | | |
| 50. Coca Cola Co. | A | Dividend | | | Sell | 1/6 | K | D | |
| 52. DuBois PA. Area School Dist. 5.15% 11/15/07 | A | Interest | | | Redeem | 11/17 | J | | |
| 58. Home Depot Inc. (5) IRA | A | Dividend | L | T | | | | | |
| 59. Intel Corp. (5) IRA | A | Dividend | L | T | | | | | |
| 62. Aim Value Fund Class B (5) (41) IRA | | None | | | Conversion | 12/30 | L | | |
| 64. Morgan Stanley Dean Witter Liquid Asset Fund (5) IRA | B | Dividend | M | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DUBOIS, JAN E | 7/26/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 65. Morg. Stan. Dean Witter Glob. Div. Grow. (B) IRA | A | Dividend | K | T | | | | | |
| 66. Morgan Stanley Dean Witter Liquid Asset Fund (6) IRA | A | Dividend | J | T | | | | | |
| 68. Motorola, Inc. (5) IRA | A | Dividend | K | T | | | | | |
| 69. Merck & Co. (5) (42) IRA | B | Dividend | K | T | | | | | |
| 75. American Electric Power Co. (9) | A | Dividend | J | T | | | | | |
| 77. Verizon Communication (9)(37) | | None | | | Sell | 1/9 | K | E | |
| 78. Bristol Myers Squibb Co. (9) | A | Dividend | K | T | | | | | |
| 80. Emerson Electric Co. (9) | A | Dividend | K | T | | | | | |
| 82. Ford Motor Co. (9) | A | Dividend | K | T | | | | | |
| 86. Royal Dutch Pet (9) | B | Dividend | L | T | | | | | |
| 88. South Jersey Ind. Inc. (9) | A | Dividend | J | T | | | | | |
| 89. Quest Com. Int'l Inc. (9)(34) | | None | J | T | | | | | |
| 94. First Union National Bank (10) | A | Interest | J | T | | | | | |
| 96. Liberty All Star Equity FD SBI (9) | A | Dividend | J | T | | | | | |
| 98. US Treasury Bond Fed Strip Interest Payment Zero Coupon | | None | | | Redeem | 5/15 | L | E | |
| Due 05/05/03 (5) IRA | | | | | | | | | |
| 99. NCR Corporation | | None | J | T | | | | | |
| 102. CitiGroup (5) IRA | C | Dividend | M | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | | Type | | | | | (2) | (3) | (4) | (5) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Code H) | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | A | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

1. Income/Gain Codes:   A  = $1,000 or less   B  = $1,001-$2,500   C  = $2,501-$5,000   D  = $5,001-$15,000   E  = $15,001-$50,000
(See Columns B1 and D4)   F  = $50,001-$100,000   G  = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J  = $15,000 or less   K  = $15,001-$50,000   L  = $50,001-$100,000   M  = $100,001-$250,000
(See Columns C1 and D3)   N  = $250,000-$500,000   O  = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q  = Appraisal   R  = Cost (Real Estate Only)   S  = Assessment   T  = Cash/Market
(See Column C2)   U  = Book Value   V  = Other   W  = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| DUBOIS, JAN E | 7/26/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 141. Zimmer Hldgs. Inc. (38) | | None | J | T | | | | | |
| 142. Zimmer Hldgs. Inc. (38) | | None | J | T | | | | | |
| 143. Travelers PPT CAS CP B (40) | A | Dividend | J | T | | | | | |
| 144. Travelers PPTY CAS CP A (40) | A | Dividend | J | T | | | | | |
| 145. IL HLTH FAS-A BE (07-01-10) | B | Interest | K | T | | | | | |
| 146. Travelers PPTY CAS CP B (40) | A | Dividend | J | T | | | | | |
| 147. Travelers PPTY CAS CPA (40) | A | Dividend | J | T | | | | | |
| 148. Duke Energy Corp. | B | Dividend | K | T | Buy | 1/14 | K | | |
| 149. Westmoreland Cnty PA Genl 4.45 12/01/05 | A | Interest | K | T | Buy | 6/18 | K | | |
| 150. Owen J. Roberts Sch Dist PA 5.375 5/15/18 | A | Interest | K | T | Buy | 6/23 | K | | |
| 151. Dow Chemical Co. (5) IRA | B | Dividend | K | T | Buy | 1/14 | K | | |
| 152. Pfizer, Inc. (5) IRA | A | Dividend | K | T | Buy | 1/14 | K | | |
| 153. Templeton Foreign Fund C (6) | A | Dividend | K | T | Buy | 1/14 | K | | |
| 154. JP Morgan Chase & Co. (9) | B | Dividend | K | T | Buy | 1/14 | K | | |
| 155. Raytheon Co (NEW) (5) IRA | A | Dividend | K | T | Buy | 4/7 | K | | |
| 156. Scudder Preserv Plus Inc. C. (5) IRA | A | Dividend | L | T | Buy | 7/29 | K | | |
| 157. Genl Elec Cap 5 7/8 2/18/33 (5) IRA | B | Dividend | L | T | Buy | 7/29 | K | | |
| 158. Aim Premier Equity A (5) (41) | | None | L | T | Conversion | 12/30 | L | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001- 100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book V. | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DUBOIS, JAN E | 7/26/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 159. Medco Health Solutions, Inc. (5)(42) IRA | | None | J | T | Stock/Div. | 8/19 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

# VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

VII.  INVESTMENTS and TRUSTS

(1) (Line 2) Originally included ▇ separate purchases of units of Pennsylvania insured Municipal Bond Trusts for the years 1987 through 1991.  ▇ of the ▇ groups of units in the Municipal Bond Trusts were sold in 1993 at a loss.  Purchases of Pennsylvania Insured Municipal Bond Trusts in 1992 are separately listed on lines 34 through 37, 40 and 41, in 1993 on line 45, and in 1994 on line 55.  The figures on line 2 are for the ▇ remaining groups of units in Municipal Bond Trusts - Pennsylvania Insured Municipal Bond Trusts 54M, 55M, 68M, and 117M.  All units of series 68M (5) and series 117M (4) were sold on January 31, 1995, at a loss.  My ▇ presently owns ▇ units of series 54m.

(5) (Lines 58, 59, 62, 64, 68, 69, 97, 98, 102, 120, 130, 134, 135, 136, 137, 151, 152, 155, 156, 157, 158) Securities in an IRA Account with Morgan, Stanley, Dean, Witter, Inc.

(6) (Lines 66, 106, 123, 140, 153) Securities in ▇ IRA Account with Morgan, Stanley, Dean, Witter, Inc.

(9) (Lines 75, 77, 78, 80, 82, 86, 88, 89, 96, 111, 125, 138, 139, 154) Securities in ▇ Trust of which ▇ is co-trustee and income beneficiary.

(10) (Line 94) Checking Account.

(17) (Lines 110, 111 and 112) Morgan Stanley Dean Witter Money Market Funds.

(28) (Line 106) Morgan Stanley Dean Witter Mid-Cap Growth B changed name to Morgan Stanley Dean Witter Mid-Cap Equity Trust B. Morgan Stanley Dean Witter Mid-Cap Equity Trust B changed name to Capital Opportunity Trust B.

(33) (Line 38) Name correction from Phila PA Wtr & Swr 12th Ser. MBIA-IBC MBIA 6% 7/1/16.

(34) (Line 89) ▇ U.S. West Inc., exchanged for ▇ Quest Communications International, Inc.

(35) (Line 125) ▇ Associates First Cap CP A exchanged for ▇ Citigroup.

(36) (Line 139) Spin-off from Ford Motor Company.

(37) (Lines 4 and 77) Bell Atlantic Corporation changed its name to Verizon Communications.

(38) (Lines 141 and 142) Spin-off from Bristol Myers-Squibb Company

(39) (Line 113) Inadvertently omitted redemption of asset on June 26, 2000.

(40) (Lines 143, 144, 146 and 147) Spin-off from CitiGroup.

(41) (Lines 62 and 158) Aim Value Fund B changed its name to Aim Premier Equity B.  Aim Premier Equity B was converted to Aim Premier Equity A.

(42) (Line 159) Stock dividend distributed by Merck & Co (Line 69).

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | DUBOIS, JAN E | 7/26/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date __7/26/04__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544